

ORDERED in the Southern District of Florida on May 7, 2025.

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 24-11243-BKC-MAM
PROCEEDING UNDER CHAPTER 13

IN RE:

ANTHONY MICHAEL BARBER
XXX-XX-0906

DEBTOR_____/

### ORDER SUSTAINING OBJECTION TO CLAIM (ECF# 55)

**THIS CAUSE** came to be heard on the May 1, 2025 Consent Calendar without opposition on Robin R. Weiner, Standing Chapter 13 Trustee's ("Trustee") Objection to Claim of PERFORMANCE FINANCE, and based on the record, it is

**ORDERED:**

1. The Trustee's Objection is **SUSTAINED**.

2. Court Claim number 3.2, filed by PERFORMANCE FINANCE is stricken and disallowed.

###

ORDER SUSTAINING OBJECTION TO CLAIM
CASE NO.: 24-11243-BKC-MAM

**ORDER SUBMITTED BY:**

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
954-382-2001

**COPIES FURNISHED TO:**

**DEBTOR**
ANTHONY MICHAEL BARBER
5712 TANGELO DR.
FORT PIERCE, FL  34982

**ATTORNEY FOR DEBTOR**
COLIN LLOYD, ESQUIRE
HOSKINS & TURCO, P.L.
302 S. 2ND STREET
FT. PIERCE, FL  34950

**CREDITOR**
PERFORMANCE FINANCE
POB 3882
OAK BROOK, IL  60522-3882

**ADDITIONAL CREDITORS**
PERFORMANCE FINANCE
10509 PROFESSIONAL CIRCLE SOUTH, SUITE 100
RENO, NV  89521

**ROBIN R. WEINER** IS DIRECTED TO SERVE COPIES OF THIS ORDER UPON THE PARTIES LISTED AND FILE A CERTIFICATE OF SERVICE.